UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTOINE DUBOIS,

                Plaintiff,

-against-

YRC INC. & WILLIAM GRINE,

                Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 24 2011 ★

LONG ISLAND OFFICE

**PETITION FOR REMOVAL**

Supreme Court
Kings County
Index No: 5479/11

Docket No:
CV 11 1450

JOHNSON, J.

POLLAK, M.

TO: JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

The Petition of Paul J. Felicione, Esq. respectfully shows, as follows:

1. The undersigned is an associate attorney in the office of DESENA & SWEENEY, LLP, attorneys of record for defendants YRC INC. & WILLIAM GRINE in the above-entitled action now pending in the Supreme Court of the State of New York, County of Kings.

2. That the causes of action as set forth in the Verified Complaint (annexed hereto) seek money damages for personal injuries in connection with a motor vehicle accident that occurred in Queens County, New York on December 13, 2010.

3. It is alleged that the defendants were negligent and reckless in the ownership, operation, management, maintenance, and control of a motor vehicle.

4. Plaintiff ANTOINE DUBOIS is a citizen of Brooklyn, New York (Kings County) as per the Summons (annexed hereto).

5. Defendant YRC INC. is a Delaware Corporation whose principal place of business is in Overland Park, Kansas (Johnson County)

6. Defendant WILLIAM GRINE is a citizen of Lancaster, Ohio (Fairfield County).

7. That this action may be removed to this Court by the defendants pursuant to 28 U.S.C Section 1332(a) since the plaintiff's action is a civil action where, upon information and belief, the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs, and is between citizens of different states.

8. As the citizens amongst the defendants (Delaware/Ohio) and plaintiff (New York) establish complete diversity of citizenship and, upon information and belief, the amount in controversy exceeds $75,000.00 exclusive of costs and interest, the defendants desire to remove this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

9. A copy of the plaintiff's Summons and Complaint is annexed hereto.

**WHEREFORE**, defendants YRC INC. & WILLIAM GRINE pray that the action now pending against them in the Supreme Court of the State of New York, County of Kings be removed to this Court.

Dated:   Hauppauge, New York
         March 24, 2011

TO:

LAW OFFICES OF LARRY
HALLOCK, P.C.
Counsel for Plaintiff
2053 Flatbush Avenue
Brooklyn, NY 11234
(718) 951-1166 – phone
(718) 679-9245 - facsimile

**DESENA & SWEENEY, LLP**
Attorneys for Defendants
YRC INC. & WILLIAM GRINE

_____
BY:  PAUL J. FELICIONE (PF-7795)
1383-32 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 360-7333-phone
(631) 360-3763-facsimile