UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ANTOINE DUBOIS,

                        Plaintiff(s),

               -against-

YRC INC. and WILLIAM GRINE,

                       Defendant(s).
_____

Trial by Jury Demanded of All Issues

**VERIFIED ANSWER**

Federal Index No.: 11-1450

The defendant(s), YRC INC. AND WILLIAM GRINE, answering the Complaint of the plaintiff(s) herein:

### AS AND FOR THE FIRST CAUSE OF ACTION

FIRST:    Admits each and every allegation in the paragraphs of the complaint designated as follows: "8".

SECOND:    Deny each and every allegation in the paragraphs of the complaint designated as follows: "37", "38", "39", "40", "44" and "45".

THIRD:    Deny any knowledge or information sufficient to form a belief as to the truth of any of the allegations contained in the paragraphs of the Complaint designated as follows: "1" and "31"

FOURTH:    Deny any knowledge or information sufficient to form a belief as to the truth of any of the allegations contained in the paragraphs of the Complaint and refer all questions of law to this Honorable Court: "32", "42" and "43".

FIFTH:    Deny each and every allegation contained in the paragraphs of the complaint designated as follows, and refer all questions of law to this Honorable Court: "41".

SIXTH: Deny based on information and belief as to the truth of any of the allegations contained in the paragraphs of the Complaint designated as follows "2", "3", "4", "5", "6" and "7" of the plaintiff's complaint except to admit that YRC INC. is a corporation formed under and by virtue of the laws of the State of Delaware that is authorized to conduct business in the State of New York and refer all questions of law to this Honorable Court.

SEVENTH: Deny based on information and belief as to the truth of any of the allegations contained in the paragraphs of the Complaint except to admit on December 13, 2010 WILLIAM GRINE operated a 2009 Volvo motor vehicle bearing Illinois license plate number P664074 that was owned by YRC INC., in the course of his employment that was involved in an accident at or near the Grand Central Parkway ramp to the westbound Long Island Expressway, County of Queens, State of New York and refer all questions of law to this Honorable Court: "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "33", "34", "35" and "36".

AS AND FOR A FIRST SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

EIGHTH: That whatever damages, personal injury, injury to property, or wrongful death plaintiff(s) and/or plaintiff's decedent may have sustained, if any, at the time and place alleged in the Complaint herein, or any amendments thereto, if not caused in whole by the carelessness, negligence, assumption of risk and culpable conduct of the plaintiff(s) and/or plaintiff's decedent, were then caused by the carelessness, negligence, culpable conduct and want of care on the part of the plaintiff(s) and/or plaintiff's decedent; and if any carelessness, negligence or culpable conduct upon the part of defendant(s) caused or contributed to such injury or wrongful death and damages of plaintiff(s) and/or plaintiff's decedent, such on the part of defendant(s) bore only a slight proportion to the entire negligence and culpable

conduct attributable to both plaintiff(s) and/or plaintiff's decedent in causing the accident and any damages sustained.

### AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

NINTH: That by entering into the activity in which the plaintiff, ANTOINE DUBOIS, was engaged at the time of the occurrence set forth in the Verified Complaint, said plaintiff knew the hazards hereof and the inherent risks incident thereto and had full knowledge of the dangers thereto; that whatever injuries and damages were sustained by the plaintiff herein as alleged in the Verified Complaint arose from and were caused by reason of such risks voluntarily undertaken by the plaintiff in his/her activities and such risks were assumed and accepted by him/her in performing and engaging in said activities.

### AS AND FOR A THIRD SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

TENTH: Plaintiff failed to take all reasonable measures to reduce, mitigate and/or minimize the damages alleged.

### AS AND FOR A FOURTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

ELEVENTH: Plaintiff('s/s') recovery, if any, shall be reduced by the amount of any collateral source payments received, in accordance with CPLR 4545.

### AS AND FOR A FIFTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

TWELFTH: If it is determined that the plaintiff(s), failed to use available seat belts, defendant(s), pleads said fact in mitigation of damages.

### AS AND FOR A SIXTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

THIRTEENTH: That the Court has not obtained jurisdiction over the defendants, due to the lack of proper service upon said defendants

**WHEREFORE**, the defendant(s), YRC INC. AND WILLIAM GRINE, demand(s) judgment as follows:

    (a)    dismissing the Complaint herein, together with the costs and disbursements of this action;

Dated: Hauppauge, New York
       April 4, 2011

                              DeSENA & SWEENEY, LLP
                              By: _____
                              PAUL J. FELICIONE, ESQ. (PJF 7795)
                              Attorneys for Defendant(s)
                              YRC INC. AND WILLIAM GRINE
                              1383 Veterans Memorial Highway
                              Suite 32
                              Hauppauge, New York 11788
                              631-360-7333
                              File No.:  11YRC0009K/EA

STATE OF NEW YORK, COUNTY SUFFOLK

The undersigned, an attorney admitted to practice in the Courts of New York State, shows: affirmant is PAUL J. FELICIONE, an attorney in the law firm of **DeSENA & SWEENEY, LLP.,** attorney of record for YRC INC. AND WILLIAM GRINE, in the within action; affirmant has read the foregoing ANSWER and knows the contents thereof; the same is true to affirmant's own knowledge, except as to the matters therein stated to be alleged on information and belief and that as to those matters affirmant believes it to be true. This verification is made by affirmant and not by YRC INC. AND WILLIAM GRINE, in that he is not within the County where undersigned has his office.

The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are as follows: investigations made relative to the subject matter, information and records, in his file.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: Hauppauge, New York
April 4, 2011

_____
PAUL J. FELICIONE, ESQ. (PJF 7795)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTOINE DUBOIS,

                        Plaintiff(s),

            -against-

YRC INC. and WILLIAM GRINE,

                       Defendant(s).

**AFFIDAVIT OF SERVICE**

Federal Index No.: 11-1450

STATE OF NEW YORK, COUNTY OF SUFFOLK

Siobhan K. Geosits, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Selden, New York.

On *April 5, 2011* deponent served the within **VERIFIED ANSWER** upon the attorney(s) and/or the parties listed herein, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Law Office of Larry Hallock, P.C.
Attorney(s) for Plaintiff(s)
2053 Flatbush Avenue
Brooklyn, NY 11234
(718) 951-1166

_____
Siobhan K. Geosits

Sworn to before me this 5th day
of *April*, 2011

_____
NOTARY PUBLIC

Pamela J. Castelli
Notary Public - State of New York
No. 01CA6162097
Qualified in Suffolk County
Commission Exp. March 05, 2015

| Index No. 11-1450 | Year 11 |
|---|---|

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

ANTOINE DUBOIS,

                                                                                               Plaintiff(s),

-against-

YRC INC. AND WILLIAM GRINE,

                                                                                              Defendant(s).

## VERIFIED ANSWER

**DeSENA & SWEENEY, LLP**
**Attorneys at Law**
*Attorneys for* YRC INC. AND WILLIAM GRINE
**1383 Veterans Memorial Highway, Suite 32**
**Hauppauge, New York 11788**
**(631) 360-7333**

**ATTORNEY CERTIFICATION**
The undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, belief and reasonable inquiry, the contentions contained in the above referenced document(s) are not frivolous.

Dated: Hauppauge, New York
        April 4, 2011

                                                        PAUL J. FELICIONE, ESQ. (7795)

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a           duly entered in the office of the clerk of
the within named Court on           , 20   .

☐ NOTICE OF SETTLEMENT
that an order     of which the within is a true copy will be presented for settlement to the Honorable
, one of the judges of the within named court at on        , 20    at    M.

To:                                                 Yours etc.,
Law Office of Larry Hallock, P.C.
Attorney(s) for Plaintiff(s)                           **DeSENA & SWEENEY, LLP**
2053 Flatbush Avenue                                  *Attorneys for*
Brooklyn, NY 11234                                     YRC INC. AND WILLIAM GRINE
(718) 951-1166                                         1383 Veterans Memorial Highway, Suite 32
                                                                Hauppauge, New York 11788
                                                                (631) 360-7333