SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------X

ANTOINE DUBOIS,

                              Plaintiff,

-against-

YRC INC. and WILLIAM GRINE,

                              Defendants.

----------------------------------------------------------X

Index No.: 5479/2011
D/F: 3-9-2011
SUMMONS

Plaintiff designates Kings
County as the Place of Trial

Basis of venue is
Plaintiff's residence

Plaintiff resides at
363 Dumont Avenue
Brooklyn, New York

TO THE ABOVE NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after the service of this summons is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear to answer, judgment will be taken against you by default for the relief demanded in the complaint, together with the costs of this action.

Dated: Brooklyn, New York
        February 17th, 2011

                                      Yours, etc.,

                                      LAW OFFICES OF LARRY HALLOCK, P.C.
                                      Attorneys for Plaintiff
                                      2053 Flatbush Avenue
                                      Brooklyn, New York 11234
                                      Phone: (718) 951-1166
                                      Fax: (718) 679-9245

**Defendants' Addresses:**

YRC INC.
780 West Birchwood
Morton, Illinois 61550

WILLIAM GRINE
1446 Kentwell Court
Lancaster, Ohio 43130

                            **SEND TO YOUR INSURANCE COMPANY PROMPTLY**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
ANTOINE DUBOIS,

                       Plaintiff,

       -against-

YRC INC. and WILLIAM GRINE,

                       Defendants.
-----------------------------------------------------------------X

Index No.: 5479/2011

**VERIFIED COMPLAINT**

      Plaintiff, ANTOINE DUBOIS, by his attorneys Law Offices of Larry Hallock, P.C. complaining of the defendants, respectfully alleges, upon information and belief, as follows:

1. That at all times herein mentioned, plaintiff, ANTOINE DUBOIS was and still is a resident of the County of Kings, City and the State of New York.

2. That at all times herein mentioned, defendant, YRC INC. was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

3. That at all times mentioned herein, defendant, YRC INC. was and still is a foreign corporation duly organized and existing under and by virtue of the laws of a state other than the State of New York but licensed to do business within the State of New York.

4. That at all times mentioned herein, defendant, YRC INC. was and is a business entity duly organized and existing pursuant to the laws of the State of New York.

5. That at all times mentioned herein, defendant, YRC INC. was and is a business entity duly organized and existing pursuant to the laws of a state other than the State of New York but doing business within the State of New York.

6. That at all times mentioned herein, defendant YRC INC. was and is a partnership duly

organized and existing pursuant to the laws of the State of New York.

7. That at all times herein mentioned, defendant YRC INC. was and still is a limited liability company duly organized and existing pursuant to the laws of the State of New York.

8. That at all times herein mentioned defendant, WILLIAM GRINE was and still is a resident of the State of Ohio.

9. That at all times hereinafter mentioned defendant, YRC INC. was the owner of a 2009 Volvo motor vehicle bearing Illinois State Registration Number P664074 for the year 2010.

10. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, was the operator of the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

11. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., was the lessee of the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

12. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., was the lessor of the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

13. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., maintained the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

14. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., managed the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

15. Upon information and belief, that at all times and places hereinafter mentioned, the

defendant, YRC INC., controlled the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

16. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., repaired the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

17. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, YRC INC., inspected the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

18. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the express permission of the defendant, YRC INC.

19. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the express consent of the defendant, YRC INC.

20. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the express knowledge of the defendant, YRC INC.

21. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the implied permission of the defendant, YRC INC.

22. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the implied consent of the defendant, YRC INC.

23. That on December 13th, 2010, and at all times hereinafter mentioned defendant, WILLIAM GRINE operated the aforementioned motor vehicle with the implied knowledge of the defendant, YRC INC.

24. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, was the lessee of the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

25. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, was the lessor of the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

26. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, maintained the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

27. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, managed the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

28. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, controlled the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

29. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, repaired the aforesaid motor vehicle bearing Illinois State Registration Number P664074.

30. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE, inspected the aforesaid motor vehicle bearing Illinois State

Registration Number P664074.

31. That at all times and places hereinafter mentioned, Grand Central Parkways and Long Island Expressway, in the County of Queens, City and State of New York, was and still is a public street/highway in common use of the residents of the City and State of New York and others.

32. That on December 13th, 2010, plaintiff, ANTOINE DUBOIS, was lawfully and properly a operating his motor vehicle at the above-mentioned location.

33. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, WILLIAM GRINE was solely responsible for the proper and prudent operation, management, maintenance and control of his aforesaid motor vehicle.

34. That on December 13th, 2010, at the aforementioned location, the aforesaid motor vehicle owned by defendant, YRC INC. and operated by defendant, WILLIAM GRINE struck the motor vehicle owned and operated by plaintiff, ANTOINE DUBOIS.

35. That on December 13th, 2010, at the aforementioned location, the aforesaid motor vehicle owned by defendant, YRC INC. and operated by defendant, WILLIAM GRINE came into contact with the motor vehicle owned and operated by plaintiff, ANTOINE DUBOIS.

36. That on or about December 13th, 2010, at approximately 10:00 am the subject motor vehicle owned by defendant, YRC INC., operated, managed, maintained and controlled by defendant, WILLIAM GRINE violently collided and came in contact with a motor vehicle owned and operated by plaintiff, ANTOINE DUBOIS causing the plaintiff to sustain serious and permanent injuries as hereinafter alleged.

37. That as a result thereof, the plaintiff, was caused to sustain severe and serious injuries.

38. That the aforesaid occurrence was caused by reason of the carelessness, recklessness and negligence of the defendant, YRC INC., in the ownership and defendant, WILLIAM GRINE

in operation, maintenance, management and control of his aforesaid automobile without any negligence on the part of the plaintiff contributing thereto.

39. That the plaintiff's said injuries and damages were caused solely by the reckless, carelessness and negligence of the defendants, YRC INC. and WILLIAM GRINE, negligent operation of the aforesaid motor vehicle, without any fault of negligence on the part of the plaintiff contributing thereto in any manner, and said injuries are severe and permanent.

40. That as a result of the aforesaid occurrence, the plaintiff, was rendered sick, sore, lame and disabled and has remained so since the said occurrence. He has sustained nervous shock and continues to suffer mental anguish and great physical pain. He has been compelled to undergo medical aid, treatment and attention and expand money and incur obligations for physicians' services, medical and hospital expenses for the care and treatment of his injuries; and upon information and belief, he will be compelled to expend additional sums of money and incur further obligations in the future for additional physicians' services, medical and hospital expenses for the further care and treatment of his injuries. He has been incapacitated from attending to his usual duties, functions, occupations, vocations and avocations, and in other ways he was damaged, and upon information and belief may be so incapacitated in the future and will suffer pecuniary losses.

41. That the plaintiff, ANTOINE DUBOIS, sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of Sections 5102 and 5104 of the Insurance Law.

42. Upon information and belief, that this action falls within one or more of the exceptions enunciated in Section 1601 and 1602 of the New York CPLR.

43. That plaintiff is not seeking to recover any damages for which plaintiff has been reimbursed

by no-fault insurance and/or for which no-fault insurance is obligated to reimburse plaintiff. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

44. The plaintiff was caused to sustain and incur medical bills and out-of-pocket expenses in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

45. That by reason of the foregoing, plaintiff, ANTOINE DUBOIS, has been damaged in the sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

**WHEREFORE**, the plaintiff, ANTOINE DUBOIS, demands judgment against the defendants, YRC INC. and WILLIAM GRINE in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action: together with the interest, costs and disbursements.

Dated: Brooklyn, New York
February 17th, 2011

Yours etc.,

LAW OFFICES OF LARRY HALLOCK, P.C.
Attorney for Plaintiff
2053 Flatbush Avenue
Brooklyn, New York 11234
Phone: (718) 951-1166
Fax: (718) 679-9245

TO: YRC INC.
780 West Birchwood
Morton, Illinois 61550rtman Avenue

WILLIAM GRINE
1446 Kentwell Court
Lancaster, Ohio 43130

## CERTIFICATION

STATE OF NEW YORK )
) SS:
COUNTY OF KINGS )

**LARRY HALLOCK**, an attorney duly admitted to practice Law in the Courts of the State of New York, states:

I am the attorney of record for plaintiff in the within action. I hereby certify, pursuant to 22 NYCRR 130-1.1(a) and after forming an inquiry reasonable under the circumstances, that the within **SUMMONS and VERIFIED COMPLAINT** and its respective contentions are not frivolous as set forth in and defined by to 22 NYCRR 130-1.1(c).

Dated: February 17th, 2011

_____
**LARRY HALLOCK**

# VERIFICATION

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF KINGS  )

I, the undersigned, being duly sworn depose and say:

I am a Plaintiff in the within action. I have read the foregoing **COMPLAINT** and know the contents thereof. The content is true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

*/s/ Antoine DuBois*
DuBois, Antoine

Sworn to before me this

17th Day of February, 20 11

_____
Notary Public

ANATOLY PETR[illegible]

Index No.:

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
-----------------------------------------------------------------X
ANTOINE DUBOIS,

                                      Plaintiff,

    -against-

YRC INC. and WILLIAM GRINE,

                                      Defendants.

-----------------------------------------------------------------X

## SUMMONS AND VERIFIED COMPLAINT

**LAW OFFICES OF LARRY HALLOCK, P.C.**
**Attorneys for Plaintiff**
2053 Flatbush Avenue
Brooklyn, New York 11234
Phone: (718) 951-1166
Fax: (718) 679-9245